THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SANDRA BROOKSHIRE, Individually, | § | IN THE DISTRICT COURT OF |
| CINDY ZELAYA, Individually and a/n/f | § | |
| of NATHAN LOPEZ, and JOSE ZELAYA | § | |
| a/n/f for EDGAR ZELAYA and IVAN | § | |
| ZELAYA VS. | § | |
| | § | |
| | § | CIVIL ACTION NO. 4:10-CV-2375 |
| | § | |
| SWIFT TRANSPORTATION CO., INC. | § | |
| AND JOHN DOE | § | |
| | § | JURY REQUESTED |

United States District Court
Southern District of Texas
FILED

SEP 1 3 2010

David J. Bradley, Clerk of Court

## STIPULATION OF DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiffs, SANDRA BROOKSHIRE, Individually, CINDY ZELAYA, Individually and as next of friend for NATHAN LOPEZ, and JOSE ZELAYA as next of friend for EDGAR ZELAYA and IVAN ZELAYA and file their notice of dismissal under Federal Rule of Civil Procedure 41(a)(1)(ii) and state:

1. Plaintiffs are Sandra Brookshire, Individually, Cindy Zelaya, Individually and as n/o/f for Nathan Lopez, and Jose Zelaya as n/o/f for Edgar Zelaya and Ivan Zelaya; Defendants are Swift Transportation Co., Inc. and John Doe.

2. On March 31, 2010, Plaintiffs sued Defendants.

3. Plaintiffs' move to dismiss the suit.

4. Defendants, who have answered, agree to the dismissal.

5. This case is not a class action.

6. A receiver has not been appointed in this action.

7. This case is not governed by any federal statute that requires an order of the court for dismissal of the case.

8. Plaintiffs' have not dismissed an action based on or including the same claims as those presented in this suit.

9. This dismissal is without prejudice.

Respectfully submitted,

D. Miller & Associates P.L.L.C.

Roni M. Most
SBN: 24027550
FBN: 26987
10565 Katy Freeway, Ste. 400
Houston, Texas 77024
(713) 850-8600 – Telephone
(281) 768-7414 – Facsimile
ATTORNEY FOR PLAINTIFFS

Approved as to Form and Content:

Roger D. Oppenheim
Lorance & Thompson, P.C.
FBN: 14206
SBN: 15292400
2900 North Loop West, Suite 500
Houston, Texas 77092
Tel: (713) 868-5560
Fax: (713) 864-4671
Attorney for Defendant