THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SANDRA BROOKSHIRE, Individually, | § | IN THE DISTRICT COURT OF |
| CINDY ZELAYA, Individually and a/n/f | § | |
| of NATHAN LOPEZ, and JOSE ZELAYA | § | |
| a/n/f for EDGAR ZELAYA and IVAN | § | |
| ZELAYA VS. | § | |
| | § | CIVIL ACTION NO. 4:10-CV-2375 |
| | § | |
| SWIFT TRANSPORTATION CO., INC. | § | |
| AND JOHN DOE | § | |
| | § | JURY REQUESTED |

## ORDER ON STIPULATION TO DISMISS

After considering the parties Stipulation for Dismissal, it is hereby ORDERED that Plaintiff's claims and Defendant's counterclaims in this cause are DISMISSED in their entirety, WITH OUT PREJUDICE. The Cause is hereby DISMISSED in its entirety, WITH OUT PREJUDICE to either party refilling the same.

SIGNED ON September 30, 2010.

_____
U.S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

_____
Roni M. Most
FBN: 26987
SBN: 24027550
10565 Katy Freeway, Ste. 400
Houston, Texas 77024
(713) 850-8600 – Telephone
(281) 768-7414 – Facsimile
ATTORNEY FOR PLAINTIFFS